UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MELQUAN STEWART,<br><br>                    Defendant. | 24 Cr. 191 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are ORDERED to appear for an arraignment and initial conference on **April 4, 2024**, at **4:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  March 29, 2024
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge