# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 5, 2024

**BY ECF AND EMAIL**

Honorable Katherine Polk Failla
United States Courthouse
40 Foley Square
New York, New York 10007



**MEMO ENDORSED**

Re:   **United States v. Melquan Stewart
      24 CR 191 (KPF)**

Dear Judge Failla:

I write, with the consent of the Government, to request a short adjournment of the sentencing hearing in the above captioned matter currently scheduled for September 19, 2024 and the corresponding sentencing submission deadlines. I am informed by the Probation Department that the final Presentence Report (PSR) will not be completed and filed in advance of the current deadline for filing the defense sentencing submission. The Probation Officer expects to file the PSR by September 12, 2024. Therefore, consistent with the Court and parties' availability, I respectfully request that the sentencing be adjourned to October 9, 2024, at 3:30 pm and the submission deadlines be reset as follows:

- Defense submission no later than September 25, 2024.
- Government submission no later than October 2, 2024.

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio, Esq.
Assistant Federal Defender
Federal Defenders of New York
212-417-8728

Cc:   AUSA Getzel Berger

Application GRANTED.  The sentencing hearing scheduled in this matter is hereby ADJOURNED to **October 9, 2024,** at **3:30 p.m.**  The corresponding submissions are accordingly adjourned.

The Clerk of Court is directed to terminate the pending motion at docket number 16.

Dated:      September 6, 2024              SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE